

WRITER'S ADDRESS:
1800 Chapel Avenue West
Suite 360
Cherry Hill, NJ 08002
(856) 382-2269
(856) 751-1230 (fax)

*An Illinois Limited Liability Partnership*

Kathleen J. Collins, New Jersey Managing Attorney

**William C. Mead**
Email: mead@litchfieldcavo.com

September 17, 2014

**VIA ECF**
Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

  Re:  *Stier, et al. v. T&M Associates, et al.*
     Case No.: 14-01091 (MAS)

Dear Judge Shipp:

  Our firm represents Defendants, Mark Worthington and Kenneth Burns in the above-referenced matter. I am submitting this letter as a case status update to advise that the case is proceeding to Mediation on October 3 (and the parties are holding October 7 open to continue, if needed). The Mediation is with Judge John Hughes through JAMS. Mr. Worthington and Mr. Burns have been deposed. Mr. Worthington owes discovery responses to the Plaintiffs. He previously turned over a computer drive containing approximately 150,000 pages of material.

  There was no discovery served upon Mr. Burns that is currently pending. He previously turned over computer disks to the Plaintiffs.

                  Respectfully submitted,

                  William C. Mead, Jr.

WCM/lma
cc: (via ECF)
   Kenneth Moskowitz, Esquire
   Donald Clarke, Esquire
   Bruce Vargo, Esquire
   Joseph L. Schwartz, Esquire

Chicago • Hartford • Boston • New York • New Jersey • Pittsburgh • Philadelphia • Houston
Los Angeles • Fort Lauderdale • Tampa • Wisconsin • West Virginia

www.litchfieldcavo.com